# Exhibit 3

Charted Claims:

Method Claim: 01

| US10705694B2 | Microsoft Live Share - Watch Together ("Accused Product") |
|---|---|
| 1. A computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation of a predetermined duration, to user computers associated with a plurality of users, the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of: | The accused product discloses a computer-implemented method for interactive delivery, by a processor (e.g., processor of the server) of a pre stored electronic presentation (e.g., videos, etc.,) of a predetermined duration, to user computers associated with a plurality of users (e.g., computer devices of the users), the user computers each including an information display, the user computers (e.g., computer devices of the users) coupled to the processor (e.g., processor of the server) by a computer network (e.g., internet).<br><br>As shown below, the accused product discloses that the videos, etc., stored on the servers (e.g., pre stored electronic presentation) can be watched by host and other users (e.g., plurality of users) synchronously on their respective devices. |




https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview

| | |
|---|---|
| | Microsoft \| Marketplace<br>All Products Categories Industries Partners<br>Overview Ratings + reviews Details + support<br>**Search for videos on YouTube & watch together in meetings**<br>Share a YouTube video with others. Simply search for the video you want to share or paste its URL.<br>YouTube now supports Microsoft Live Share! To watch videos with your colleague in meetings and calls, add the YouTube app to your meeting or click the "Watch together" button from videos you share in chat.<br>This application is maintained by Microsoft for use in Microsoft 365 services and was developed with YouTube.<br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |




https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview

| | |
|---|---|
| | **Cloud Video Streaming**<br><br>A cloud video streaming solution involves streaming your videos from the cloud to your viewers. Servers store videos in the cloud and forward them out when needed.<br><br>Several key features of the best cloud services for video streaming and best cloud storage for streaming video include:<br><br>• Efficient Video Hosting**:** You only need to subscribe to a streaming service that allows you to watch content anytime.<br>https://www.milesweb.in/blog/hosting/cloud/how-does-cloud-computing-for-the-media-industry-ott-platforms-work/ |




https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview

<table>
<tr>
<td></td>
<td>


https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview
</td>
</tr>
<tr>
<td>receiving a playback request, at the processor, from a first user computer, to play the electronic presentation at the information display of</td>
<td>The accused product discloses receiving a playback request (e.g., request to play), at the processor (e.g., processor of the server), from a first user computer (e.g., host user computer), to play the electronic presentation (e.g., videos, etc.,) at the information display of the first user computer (e.g., host user computer).<br><br>As shown below, the accused product discloses receiving a content playback request at</td>
</tr>
</table>

| | |
|---|---|
| the first user computer; | the processor of the server from the host user computer to the play videos, etc.<br><br><br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |

| | |
|---|---|
| | <br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=ExgRhP4v3Ug |
| at a selected point in time during the predetermined duration of the playback of the electronic presentation, receiving a collaboration request, at the processor, from | The accused product discloses at a selected point in time during the predetermined duration of the playback of the electronic presentation (e.g., videos, etc.,), receiving a collaboration request (e.g., Watch Together), at the processor (e.g., processor of the server), from the first user computer (e.g., host user computer), to enter a collaboration mode (e.g., Watch Together) with a second user computer (e.g., other user computer), the second user computer (e.g., other user computer) displaying content (e.g., meeting page, etc.,) other than information associated with the selected point in time of the playback of the electronic presentation (e.g., videos, etc.,) and the collaboration mode |

| | |
|---|---|
| the first user computer, to enter a collaboration mode with a second user computer, the second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation as displayed on the information display of the first user computer on an information display of the second user computer; and | (e.g., Watch Together) comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation (e.g., videos, etc.,) as displayed on the information display of the first user computer (e.g., host user computer) on an information display of the second user computer (e.g., other user computer).<br><br>As shown below, the accused product discloses that the host user computer request a 'Watch Together' (e.g., collaboration mode request) and initiates the Watch Together (e.g., collaboration mode) by sharing the invite link (e.g., to join the Watch Together), after accepting the invite the other users on their computer device (e.g., second user) can watch the videos, etc., (e.g., playback of the electronic presentation) synchronously in real-time wherein each frame is seen by everyone at the same time. Meanwhile, before joining the Watch Together, the other user computer displays a content (e.g., meeting page, etc.,) other than the information associated with the selected point in time of the playback of the electronic presentation.<br><br>Overview Ratings + reviews Details + support<br><br>**Search for videos on YouTube & watch together in meetings**<br><br>Share a YouTube video with others. Simply search for the video you want to share or paste its URL.<br><br>YouTube now supports Microsoft Live Share! To watch videos with your colleague in meetings and calls, add the YouTube app to your meeting or click the "Watch together" button from videos you share in chat.<br><br>This application is maintained by Microsoft for use in Microsoft 365 services and was developed with YouTube.<br><br>How to report inappropriate or offensive content to YouTube:<br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |

| | |
|---|---|
| |  https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=ExgRhP4v3Ug |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=ExgRhP4v3Ug |




https://www.youtube.com/watch?v=AZHtaICJUeM

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=AZHtaICJUeM |
| in response to an end collaboration request, at the processor, from the first user computer to end the collaboration with the second user computer, terminating the collaboration mode, | The accused product discloses that in response to an end collaboration request (e.g., stop sharing), at the processor (e.g., processor of the server), from the first user computer (e.g., host user computer) to end the collaboration (e.g., Watch Together) with the second user computer (e.g., other user computer), terminating the collaboration mode (e.g., Watch Together), said terminating including terminating the synchronously displaying (e.g., synchronous playback) of the electronic presentation (e.g., videos, etc.,).<br><br>As shown below, the accused product discloses that the host user computer can initiate a |

| | |
|---|---|
| said terminating including terminating the synchronously displaying of the electronic presentation. | stop sharing request to terminate the Watch Together (e.g., collaboration mode). The termination follows the ending of the Watch Together that synchronously displays the electronic presentation on the other user computer (e.g., second user computer).<br><br><br>https://www.youtube.com/watch?v=AZHtaICJUeM |




https://www.youtube.com/watch?v=AZHtaICJUeM

| | |
|---|---|
| |   https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |