# Exhibit 4

Charted Claims:

Method Claim: 11

| US12572265B2 | Microsoft Live Share - Watch Together (“Accused Product”) |
|---|---|
| 11. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of: | The accused product discloses a computer-implemented method for synchronous delivery of a media file (e.g., videos, etc.,) to multiple user computers (e.g., plurality of user computers).<br><br>As shown below, the accused product discloses that the videos, etc., (e.g. media file) can be delivered synchronously to multiple user computers (e.g. computer devices of host and other users) that are participating in a Watch Together. |




https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview

| | |
|---|---|
| | Microsoft \| Marketplace<br>All Products Categories Industries Partners<br>Overview Ratings + reviews Details + support<br>**Search for videos on YouTube & watch together in meetings**<br>Share a YouTube video with others. Simply search for the video you want to share or paste its URL.<br>YouTube now supports Microsoft Live Share! To watch videos with your colleague in meetings and calls, add the YouTube app to your meeting or click the "Watch together" button from videos you share in chat.<br>This application is maintained by Microsoft for use in Microsoft 365 services and was developed with YouTube.<br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |




https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview

| | |
|---|---|
| | <br><br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |
| displaying content other than the media file on a first information display of a first user computer; | The accused product discloses displaying content other than the media file on an information display of a first user computer (e.g., host user computer).<br><br>As shown below, the accused product discloses that the host user computer (e.g., first user computer) can be displaying a different information other than the actual media file which is to be synchronously delivered at the multiple user computer. |

| | |
|---|---|
| | <br>To learn more, see Create an event in the Microsoft Teams Events app.<br>displaying content other than the media file on a first information display of a first user computer<br>https://support.microsoft.com/en-us/teams/meetings-events/get-started-with-events-app |

| | |
|---|---|
| | <br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |
| receiving, at the first user computer and from a second user computer, a request to join a synchronous session including the second user computer, wherein the second user computer is | The accused product discloses receiving, at the first user computer (e.g., host user computer) and from a second user computer (e.g., other user computer), a request to join (e.g., joining of the Watch Together) a synchronous session (e.g., Watch Together) including the second user computer (e.g., other user computer), wherein the second user computer (e.g., other user computer) is separate from the first user computer (e.g., host user computer).<br><br>As shown below, the accused product discloses that the other user (e.g. second user) can join a Watch Together (e.g., synchronous session) via a link shared by the host using the |

| | |
|---|---|
| separate from the first user computer; | other user's computer (e.g., second user computer), which is separate from the host user computer (e.g., first user computer).<br><br>https://www.youtube.com/watch?v=ExgRhP4v3Ug |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=AZHtaICJUeM |
| receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session; | The accused product discloses receiving, at a user interface of the first user computer (e.g., host user computer), an indication of acceptance (e.g., joined the Watch Together) of the request to join (e.g., joining of the Watch Together) the synchronous session (e.g., Watch Together).<br><br>As shown below, the accused product discloses that the host user computer (e.g., first user computer) receives an indication that the other user has joined the Watch Together (e.g., an indication of acceptance) using the invite link sent by the host user computer to |

| | |
|---|---|
| | the other user computer (e.g., second user computer).<br><br><br>https://www.youtube.com/watch?v=AZHtaICJUeM |
| in response to receiving the indication of acceptance, entering, by the first user computer, the | The accused product discloses that in response to receiving the indication of acceptance (e.g., joined the Watch Together), entering, by the first user computer (e.g., host user computer), the synchronous session (e.g., Watch Together), the synchronous session (e.g., Watch Together) comprising synchronously displaying at least a portion of the media file (e.g., videos, etc.,) at the first information display and a second information |

| | |
|---|---|
| synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file at the first information display and a second information display of the second user computer; | display of the second user computer (e.g., other user computer).<br><br>As shown below, the accused product discloses that the host user computer (e.g., first user computer) receives an indication that the other user has joined the Watch Together (e.g., an indication of acceptance) using the invite link sent by the host user computer to the other user computer (e.g., second user computer). Further, as the Watch Together starts, it synchronously displays the media files (e.g., videos, etc.,) on the information displays of both user computers.<br><br>Overview Ratings + reviews Details + support<br><br>**Search for videos on YouTube & watch together in meetings**<br><br>Share a YouTube video with others. Simply search for the video you want to share or paste its URL.<br><br>YouTube now supports Microsoft Live Share! To watch videos with your colleague in meetings and calls, add the YouTube app to your meeting or click the "Watch together" button from videos you share in chat.<br><br>This application is maintained by Microsoft for use in Microsoft 365 services and was developed with YouTube.<br><br>How to report inappropriate or offensive content to YouTube:<br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |




https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview

| | |
|---|---|
| | <br><br>https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=ExgRhP4v3Ug |




https://www.youtube.com/watch?v=ExgRhP4v3Ug

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=AZHtaICJUeM |
| and terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first user computer and the | The accused product discloses terminating the synchronous session (e.g., stop sharing) by at least terminating the synchronously displaying of the at least a portion of the media file (e.g., videos, etc.,) at the first user computer (e.g., host user computer) and the second user computer (e.g., other user computer).<br><br>As shown below, the accused product discloses that the host user computer can initiate a stop sharing request to terminate the Watch Together (e.g., synchronous session). The termination follows the ending of the Watch Together that synchronously displays at least |

<table>
<tr>
<td>second user computer.</td>
<td>a portion of the media file on the other user computer (e.g., second user computer).<br>


https://www.youtube.com/watch?v=AZHtaICJUeM</td>
</tr>
</table>




https://www.youtube.com/watch?v=AZHtaICJUeM

<table>
<tr>
<td></td>
<td>


https://marketplace.microsoft.com/en-us/product/WA200005408?tab=Overview
</td>
</tr>
</table>